HONORABLE MAGISTRATE J. KELLY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>BOBBY L. JOLLEY,<br><br>                Defendant. | No.: CR06-05550JKA-001<br><br>ORDER GRANTING MOTION TO TERMINATE UNSUPERVISED PROBATION<br><br>NOTED: March 23, 2007 |

THIS MATTER came before the Court on defendant Bobby L. Jolley's Motion to Terminate Unsupervised Probation. Having considered the pleadings submitted by the parties,

THE COURT HEREBY ORDERS:

Defendant Bobby L. Jolley's Motion to Terminate Unsupervised Probation be GRANTED and defendant's sentence of unsupervised probation is terminated.

DATED: _____March 14_____, 2007.

                                                      s/ J Kelley Arnold
                                      MAGISTRATE JUDGE J KELLEY ARNOLD

/ / /
/ / /

Presented by:

BULLIVANT HOUSER BAILEY PC

By: /s/ Robert S. Mahler
Robert S. Mahler, WSBA #23913
E-mail: robert.mahler@bullivant.com
Attorneys for Defendant Bobby L. Jolley
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130